UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:21-CV-00050-GNS

**ELECTRONICALLY FILED**

ESTATEOF JEREMY MARR,
by and through its Administrator,
JOANNA MARR, et al.                                                                          PLAINTIFFS

V.          **NOTICE OF INTENT TO OBTAIN MEDICAL RECORDS
             VIA SUBPOENA DUCES TECUM**

CITY OF GLASGOW, et al.                                                                     DEFENDANTS

    In accordance with the Health Information Portability and Accountability Act (HIPAA) Privacy Regulations, 45 CFR § 164.512(e), please take notice that the following records regarding JEREMY MARR will be requested via subpoena duces tecum:

| | |
|---|---|
| Office of the Barren County Coroner<br>117-3A N. Public Square<br>Glasgow, KY 42141 | Office of the Chief Medical Examiner<br>10511 LaGrange Road<br>Louisville, KY 40223 |
| TJ Samson Community Hospital<br>1301 N. Race Street<br>Glasgow, KY 42141 | Barren-Metcalfe EMS<br>703 E. Main Street<br>Glasgow, KY 4214 |
| The Medical Center at Scottsville<br>456 Burnley Road<br>Scottsville, KY 42164 | The Medical Center at Bowling Green<br>250 Park Street<br>Bowling Green, KY 42101 |
| LifeSkills<br>380 Suwannee Trail Street<br>Bowling Green, KY 42103 | Med Center Health Primary Care -Scottsville<br>466 Burnley Road<br>Scottsville, KY 42164 |
| Greenview Regional Hospital<br>1801 Ashley Circle<br>Bowling Green, KY 42104 | Medical Center Urgentcare<br>291 New Towne Drive<br>Bowling Green, KY 42103 |
| Graves Gilbert Clinic<br>201 Park Street<br>Bowling Green, KY 42101 | |

This request includes all office notes, inpatient records, outpatient records, EMS records, labs, reports, diagnostic testing, radiology, pharmacy records, any and all mental health/psychiatric treatment and/or counseling, rehabilitation records, pathology, autopsy, toxicology, and any and all other records, photographs, and/or documentation with regard to JEREMY MARR.

Please take notice that the parties have until the close of business on Friday, July 22, 2022 in which to file an objection with the Court or otherwise notify the undersigned counsel of its objection to this Notice of Intent. If the undersigned counsel is not notified by the above date, the undersigned will move forward and notice the deposition of the records custodian of the above-referenced provider and subpoena JEREMY MARR's records from same. A copy of this Notice will be sent to each provider along with the subpoena as satisfactory assurance that all parties have been placed on notice and afforded an opportunity to object to the subpoena. Should an objection be made, the party making the objection is requested to send that objection directly to the provider listed above with a copy to all counsel of record.

All records and information received will be forwarded to all parties at their request and at their own expense.

This 15th day of July, 2022.

                                                  KERRICK BACHERT, PSC
                                                  1025 State Street
                                                  Bowling Green, KY 42101
                                                  T: (270)782-8160
                                                  F: (270) 782-5856
                                                  tkerrick@kerricklaw.com
                                                  mcook@kerricklaw.com

                                                  */s/ Matthew P. Cook*
                                                  Thomas N. Kerrick
                                                  Matthew P. Cook
                                                  *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  This will certify that a true and exact copy of the foregoing was this 15th day of July, 2022, filed electronically and forwarded via the CM/ECF efiling system to the following:

David F. Broderick
Broderick & Davenport, PLLC
P.O. Box 3100
Bowling Green, KY 42102-3100
dbroderick@broderickfirm.com
*Counsel for Plaintiffs*

                */s/ Matthew P. Cook*
                Counsel for Defendants