UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY
*ELECTRONICALLY FILED*

Estate of Jeremy Marr, et. al.,
    *Plaintiff*

    v.

City of Glasgow, et. al.,
    *Defendant*

)
)
)    Civil Action No. 1:21-CV-00050-GNS
)
)
)

---

## ORDER OF PROTECTION

---

COMES NOW the Court, being otherwise duly and sufficiently advised, to issue this

Order of Protection for records pertaining to the treatment of the late Jeremy S. Marr by

LifeSkills, Inc.  Specifically, and pursuant to 45 CFR 164.512(e)(1)(v), the parties are prohibited

from using or disclosing protected health information for any purpose other than the present

litigation for which such information has been requested.  It is further ordered that the

Defendant, having made the request of protected health information by subpoena, is ordered to

return to LifeSkills any protected health information, or is otherwise obliged to destroy it, at the

the end of the litigation.

SO ORDERED, this _____ day of_____, 2022.

HAVE SEEN AND AGREED:

_____

Hon. David F. Broderick
COUNSEL FOR PLAINTIFF, ESTATE OF JEREMY MARR
P.O. Box 3100
Hopkinsville, KY  42102-3100
dbroderick@broderickfirm.com


/s/  Matthew P. Cook

_____

Hon. Matthew P. Cook
COUNSEL FOR DEFENDANT, CITY OF GLASGOW
1025 State Street
Bowling Green, KY  42101
mcook@kerricklaw.com


_____

Hon. Whitney H. Westerfield
COUNSEL FOR LIFESKILLS
P.O. Box 340
Hopkinsville, KY  42241-0340
whitney@whitneywesterfield.legal
(270) 881-8583


Copies to:

Counsel of record