UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-00050-GNS

***ELECTRONICALLY TENDERED***

ESTATE OF JEREMY MARR,
by and through its Administrator,
JOANNA MARR, *et al.*                                                                  PLAINTIFFS

v.                  **AGREED AMENDED SCHEDULING ORDER**

CITY OF GLASGOW, *et al.*                                                                      DEFENDANTS

By agreement, the parties jointly propose the following amendments to the Court's Agreed Amended Scheduling Order dated May 16, 2023 [DN 30] and the Agreed Amended Scheduling Order dated August 2, 2022 [DN 25]:

**No later than August 1, 2023,** the parties shall complete all pretrial fact discovery.

**No later than September 1, 2023,** counsel for the Plaintiffs shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A). By that date, Plaintiffs shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B). If the witness is not required to provide a written report, Plaintiffs' disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed. R. Civ. P. 26(a)(2)(C).

**No later than November 1, 2023,** counsel for the Defendants shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A). By that date, Defendants shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B). If the witness is not required to

provide a written report, Defendants' disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed. R. Civ. P. 26(a)(2)(C).

The discovery depositions of all expert witnesses shall be completed **no later than January 10, 2024.**

A telephonic status conference shall be conducted on **January 16, 2024, at 9:30 am CDT.** The Court will initiate the call. **If the parties agree to amendment of the deadlines established by this or any subsequent scheduling order, they may tender an agreed order. Agreed orders may not extend deadlines "in general" or "until further orders of the court," and must contain specific deadlines dates.**

**No later than January 26, 2024,** counsel for the parties shall file all dispositive motions. This same date is the filing deadline for motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (Daubert motions).

All other deadlines set forth in the prior scheduling orders remain in effect to the extent they are not inconsistent with this Order.

H. Brent Brennenstuhl
United States Magistrate Judge

June 26, 2023

HAVE SEEN AND AGREE:


/s/ *David F. Broderick*
David F. Broderick
Broderick & Davenport, PLLC
P.O. Box 3100
Bowling Green, KY 42102-3100
dbroderick@broderickfirm.com
  *Counsel for Plaintiffs*


/s/ *Matthew P. Cook (signed w/ permission via email on 6/16)*
Thomas N. Kerrick
Matthew P. Cook
Kerrick Bachert PSC
1025 State Street
Bowling Green, KY 42101
T: (270)782-8160
F: (270) 782-5856
tkerrick@kerricklaw.com
mcook@kerricklaw.com
  *Counsel for Defendants*


Copies to:   Counsel of Record