UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-00050-GNS

*Electronically Filed*

ESTATE OF JEREMY MARR,
by and through its Administrator,
JOANNA MARR, *et al.*                                                        PLAINTIFFS

V.                 **AGREED AMENDED SCHEDULING ORDER**

CITY OF GLASGOW, *et al.*                                                 DEFENDANTS

By agreement, the parties jointly propose the following amendments to the Court's Amended Scheduling Order dated October 31, 2023 [DN 40]:

**No later than December 15, 2023,** counsel for the Defendants shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A). By that date, Defendants shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B). If the witness is not required to provide a written report, Defendants' disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed. R. Civ. P. 26(a)(2)(C).

The discovery depositions of all expert witnesses shall be completed **no later than February 26, 2024.**

The telephonic status conference scheduled for February 16, 2024, is **RESCHEDULED** to be conducted on **March 5, 2024, at 9:30 am, CST.** The Court will initiate the call.

**No later than March 15, 2024,** counsel for the parties shall file all dispositive motions. This same date is the filing deadline for motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (Daubert motions).

All other deadlines set forth in the prior scheduling orders remain in effect to the extent they are not inconsistent with this Order.

November 29, 2023

H. Brent Brennenstuhl
United States Magistrate Judge

HAVE SEEN AND AGREE:

/s/ Brandon T. Murley (w/ permission)
David F. Broderick
Brandon T. Murley
Broderick & Davenport, PLLC
P.O. Box 3100
Bowling Green, KY 42102-3100
dbroderick@broderickfirm.com
bmurley@broderickfirm.com
  *Counsel for Plaintiffs*


/s/ Matthew P. Cook
Thomas N. Kerrick
Matthew P. Cook
Kerrick Bachert PSC
P.O. Box 9547
Bowling Green, KY 42102-9547
T: (270) 782-8160
F: (270) 782-5856
tkerrick@kerricklaw.com
mcook@kerricklaw.com
  *Counsel for Defendants*


Copies to:  Counsel of Record