UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-00050-GNS

*Electronically Filed*

ESTATE OF JEREMY MARR,
by and through its Administrator,
JOANNA MARR, *et al.*                                                                 PLAINTIFFS

V.                **AGREED BRIEFING SCHEDULE ORDER**
                          **FOR PENDING MOTIONS**

CITY OF GLASGOW, *et al.*                                                              DEFENDANTS

This matter is before the Court by agreement of the parties as is evidenced by the signatures of their respective counsel below. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED As follows:

1. The Plaintiffs shall have through April 15, 2024 to file responses to the Defendants' motions for summary judgment (DNs 45 and 48) and to the Defendants' motions to exclude expert witnesses Kirkham, Stidham, and Hunsaker (DNs 61, 62, and 63).

2. The Defendants shall have through May 3, 2024 to file reply briefs in support of these motions.

Greg N. Stivers, Chief Judge
United States District Court

March 18, 2024

HAVE SEEN AND AGREE:

*/s/  Brandon T. Murley (with permission)*
Brandon T. Murley
Counsel for Plaintiffs

*/s/  Matthew P. Cook*
Matthew P. Cook
Counsel for Defendants