IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| THE ESTATE OF JEREMY MARR, by And through JOANNA MARR, Its Administrator, <br><br>And <br><br>JOANNA MARR, Individually and on Behalf of E.J.M, a minor <br>    PLAINTIFFS, <br>VS. <br><br>CITY OF GLASGOW, <br><br>CITY OF GLASGOW POLICE DEPARTMENT, <br><br>GUY JOSEPH TURCOTTE, <br><br>HAYDEN PHILLIPS, <br><br>And <br><br>CAMERON MURRELL <br>    DEFENDANTS. | Case No. 1:21-CV-00050-GNS |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, The Estate of Jeremy Marr, by and through Joanna Marr, its administrator, and Joanna Marr, individually and on behalf of E.J.M., a minor, appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in favor of Defendants by the Court on or about January 31, 2025 (DN 89) granting Defendants' Motions for Summary Judgment, from the Memorandum Opinion and Order entered by the Court on or about January 31, 2025 (DN 88) and from the Memorandum Opinion and Order entered by the Court on or about June 27, 2025

(DN 93) which ultimately denied Plaintiffs' Motion to Alter, Amend or Vacate filed pursuant to Fed. R. Civ. P. 59(e).

This appeal deals with the issues of whether the court erred in granting Defendants' Motions for Summary Judgment and failing to alter, amend or vacate those orders/judgment.

Appellants/Plaintiffs are represented by counsel.

David F. Broderick
Broderick & Davenport, PLLC
921 College St.
P.O. Box 3100
Bowling Green, KY 42102-3100
Telephone: 270-782-6700
Fax: 270-782-3100

Appellees/Defendants are represented by counsel.

Thomas N. Kerrick
Matthew P. Cook
Kerrick Bachert PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY 42141
tkerrick@kerricklaw.com
mcook@kerricklaw.com

This the 23rd day of July, 2025.

        Respectfully submitted,

        BRODERICK & DAVENPORT, PLLC
        921 College Street – Phoenix Place
        Post Office Box 3100
        Bowling Green, KY 42102-3100
        Phone: (270) 782-6700
        Fax: (270) 782-3110
        /s/ *Hon. David F. Broderick*
        David F. Broderick, 07755
        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following, and that a true and accurate copy of the same was sent via email to:

Thomas N. Kerrick
Matthew P. Cook
Kerrick Bachert PSC
1025 State Street
Bowling Green, KY 42101
tkerrick@kerricklaw.com
mcook@kerricklaw.com

This the 23rd day of July, 2024.                    /s/ *Hon. David F. Broderick*